No. 80–6488.  NASSRALLA *v.* CIVIL SERVICE BOARD, CITY OF SAN BERNARDINO, CALIFORNIA.  Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 80–6489.  MAURER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–6490.  HANEY *v.* ROSE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–6492.  STEWART *v.* GEORGIA ET AL.  Sup. Ct. Ga. Certiorari denied.

No. 80–6493.  SNEAD ET AL. *v.* KIRKLAND ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–6496.  JARVIS *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–6498.  YOUNG *v.* MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 80–6499.  ARCHER *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 80–6500.  LEWIS *v.* LOUISIANA STATE PENITENTIARY. C. A. 5th Cir.  Certiorari denied.

No. 80–6505.  STEVENSON *v.* ANDERSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 80–6507.  BELL *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6510.  SMITH *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 80–6526.  YOUNG *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.